# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TIMOTHY WRIGHT                                                                                          PLAINTIFF

v.                               Case No. 4:25-CV-00323-LPR-JTK

FRANK BISIGANO,                                                                                         DEFENDANT
*Commissioner*

## ORDER

Before the Court is Defendant's Unopposed Motion to Remand this case to the Commissioner for further administrative proceedings, (Doc. No. 11) and Defendant's Motion for an Extension of Time. (Doc. No. 10) Upon examination of the merits of this case, this Court grants the motion, reverses this case, and remands it to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Accordingly, Defendant's Motion for an extension of time is denied as it is moot.

SO ORDERED THIS 29th day of July, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE